# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARYANNE STANLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (1) RELIABLE BUILDING SERVICE, ) <br> LLC, a domestic limited liability ) <br> company, ) <br> (2) UHS OKLAHOMA CITY, ) <br> LLC, a domestic limited ) <br> liability company, ) <br> (3) BILL EDDY, individually, ) <br> ) <br> Defendants. ) | Case No. CIV-17-452-R <br> (Formerly Oklahoma County <br> Case No. CJ-2017-1799) |

## NOTICE OF REMOVAL

Defendants, pursuant to 28 U.S.C. §§1331, 1441 and 1446, remove this action from the District Court of Oklahoma County, Oklahoma (where it was filed as Case No. CJ-2017-1799) to the United States District Court for the Western District of Oklahoma. As the grounds for removal, Defendants state as follows:

1. On March 28, 2017, Plaintiff filed suit in the District Court of Oklahoma County, State of Oklahoma, against Defendants. The case was assigned Case No. CJ-2017-1799. A copy of the Petition is attached hereto as Exhibit 1.

2. The civil summons, Petition and Entries of Appearance (the "State Court Acton") were served by certified mail on Defendant UHS on March 30, 2017. However, Defendants' counsel agreed to accept service. Plaintiff confirmed via e-mail

for Defendants RBS and Eddy, and via phone for Defendant UHS that the service date would be April 5, 2017. *See* Exhibit 2.

3. Defendants have not yet filed answers or responsive pleadings in the State Court Action. In filing this Notice of Removal, Defendants do not waive any defense or counterclaim that may be available to them.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and the action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441. The Petition alleges civil action arising under the Constitution, laws, or treaties of the United States; specifically the Petition alleges claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

5. Removal of this action from the District Court of Oklahoma County, State of Oklahoma, to this Court is, therefore, proper under 28 U.S.C. § 1441, because this Court would have had original jurisdiction of the action under 28 U.S.C. § 1331 had the action been initially filed in this Court.

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendants' receipt of the Petition and within one (1) year of the commencement of the action.

7. Written notice of the filing of this Notice of Removal will be given to Plaintiff, by and through her counsel of record in the State Court Action. Also, as required by 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the District Court of Oklahoma County, Oklahoma, the court in which the State Court Action was filed.

2

8. In accordance with LCvR 81.2, Fed. R. Civ. P. 81 and 28 U.S.C. § 1446(a), copies of all process and pleadings previously served upon Defendants are attached hereto as Exhibits 3 through 6.

9. A true and correct copy of the docket sheet in the State Court Action, current through the date of this filing, is attached hereto as Exhibit 7. No motions are pending in the State Court Action, nor are any hearings currently set.

WHEREFORE, Defendants respectfully remove this action to this Court.

Respectfully submitted,

*s/Paul A. Ross*
Paul A. Ross, OBA #19699
Lauren Barghols Hanna, OBA #21594
Philip R. Bruce, OBA #30504
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma  73102-7103
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439
paul.ross@mcafeetaft.com
lauren.hanna@mcafeetaf.com
philip.bruce@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT UHS OKLAHOMA CITY, LLC**

                                   *s/Kristen L. Brightmire*
                                    *(Signed by Paul A. Ross with permission)*
Kristen L. Brightmire, OBA #14239
Rebecca Wood Hunter, OBA #19487
Doerner, Saunders, Daniel & Anderson, L.L.P.
Two West Second Street, Suite 700
Tulsa, Oklahoma  74103
Telephone:   (918) 591-5204
Facsimile:     (918) 925-5204
kbrightmire@dsda.com
rhunter@dsda.com

**ATTORNEYS FOR DEFENDANTS RELIABLE BUILDING SERVICE, LLC AND BILL EDDY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
D. Colby Addison
LAIRD HAMMONS LAIRD, PLLC
1332 S.W. 89th St.
Oklahoma City, OK  73159
chris@lhllaw.com
colby@lhllaw.com

**ATTORNEYS FOR PLAINTIFF**

                                    *s/Paul A. Ross*
                                    Paul A. Ross